United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVEL ATTEBURY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>    Defendants. | Case No. 23-cv-05014-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 3/22/2024.

DESIGNATION OF EXPERTS: 3/29/2024; REBUTTAL: 4/5/2024;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 4/19/2024.

DISPOSITIVE MOTIONS **SHALL** be filed by: 3/29/2024;
    Opp. Due: 4/5/2024; Reply Due: 4/12/2024;
    and set for hearing no later than 4/19/2024 at 10:00 AM.

PRETRIAL PAPERWORK DUE: 4/30/2024;
PRETRIAL CONFERENCE DATE: 5/7/2024 at 1:30 PM.

JURYTRIAL DATE: 5/13/2024 at 8:30 AM.
    Courtroom 1, 17th floor.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: February 16, 2024

SUSAN ILLSTON
United States District Judge