TIMOTHY F. PEARCE, ESQ. (SBN 215223)
STUART B. LEWIS, ESQ. (SBN 321824)
**PEARCE LEWIS LLP**
423 Washington Street, Suite 510
San Francisco, CA 94111
Telephone   (415) 964-5225
Facsimile   (415) 830-9879
tim@pearcelewis.com
stuart@pearcelewis.com

FREDERICK SCHENK, ESQ. (SBN 86392)
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
Fax: (619) 544-9232
fschenk@cglaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTRECIA ATTEBURY, et al.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>            Defendants. | Case No. 3:23-cv-05014-SI<br><br>**[PROPOSED] JOINT PRETRIAL SCHEDULE ORDER** |

**TO THE HONORABLE COURT:**

Counsel for Plaintiffs LUTRECIA ATTEBURY, et al. (collectively "Plaintiffs") and counsel for the each of the Defendants (collectively "Defendants") (and, together, collectively referred to as "the Parties") hereby submit the following Proposed Joint Trial Scheduling Order pursuant to this Court's directive at the close of the last Case Management Conference held on July 19, 2024.

| Matter | Court Ordered Deadline |
|---|---|
| Last Day to Amend Pleadings | 08/02/24 |
| Close of Fact Discovery | 12/30/24 |
| Initial Expert Reports Deadline | 02/14/25 |
| Rebuttal Expert Reports Deadline | 03/7/25 |
| Last Day to File Dispositive Motions and *Daubert* Motions | 04/11/25 |
| Opposition to MSJ / Other Motions | 04/25/25 |
| Reply to MSJ / Other Motions | 05/02/25 |
| Expert Discovery Cut-Off | 03/31/25 |
| Last Day to file: <br> 1) Motions in Limine <br> 2) Stipulations re Admissibility <br> 3) Joint Set of Jury Instructions | 05/27/25 <br><br> 14 days prior to PTC, 11/2023 Pretrial Instructions, Honorable Susan Illston |

| | |
|---|---|
| Dispositive / Other Motion Hearing Deadline | 5/16/25<br><br>35 Days' Notice per LR 7-2; Civil Law and Motion Calendar is conducted on Fridays at 10:00 a.m., 5/2024 Standing Order, Honorable Susan Illston |
| Last Day to Conduct Settlement Proceedings | Per Judge Tse |
| R. 16 Pretrial Conference Statement Due (14 days before FPTC per Judge Illston Rules) | 05/27/2025<br><br>14 days prior to PTC, 11/2023 Pretrial Instructions, Honorable Susan Illston |
| Opposition to MILs | 06/03/2025<br><br>Seven days prior to PTC, 11/2023 Pretrial Instructions, Honorable Susan Illston |
| Final Pre-Trial Conference | 06/10/2025 |
| Trial | 06/23/2025 |

Date: August 30, 2024         **PEARCE LEWIS LLP**


  _/s/ Timothy F. Pearce, Esq._
  TIMOTHY F. PEARCE, ESQ.
  Attorney for Plaintiffs

///

| | | |
|---|---|---|
| 1 | Date: August 30, 2024 | **GORDON REES SCULLY** |
| 2 | | **MANSUKHANI, LLP** |

 /s/ Glen Powell, Esq.
MICHAEL J. PIETRYKOWSKI, ESQ.
JAMES G. SCADDEN, ESQ.
GLEN R. POWELL, ESQ.
Attorneys for Defendant, Air & Liquid Systems Corporation, individually and as successor by merger with Buffalo Pumps, Inc.

Date: August 30, 2024            **CMBG3 LAW P.C.**

/s/ Jonathan Sayre, Esq.
ELIZABETH R. BAIN, ESQ.
CHRISTINE D. CALARESO, ESQ.
JONATHON D. SAYRE, ESQ.
Attorneys for Defendant, Armstrong International, Inc.

Date: August 30, 2024            **HUSCH BLACKWELL LLP**

 /s/ Gilliam Stewart, Esq.
NATALIE GARCIA-LASHINSKY, ESQ.
LISA M. RICKENBACHER, ESQ.
GILLIAM STEWART, ESQ.
Attorneys for Defendant, Aurora Pump Company

///

| | | |
|---|---|---|
| 1 | Date: August 30, 2024 | **POND NORTH LLP** |
| 2 | | |
| 3 | | */s/ James Buck, Esq.* |
| 4 | | FRANK D. POND, ESQ. |
| 5 | | MARISSA K. GITTLER, ESQ. |
| | | JAMES M. BUCK, ESQ. |
| 6 | | Attorneys for Defendant, FMC |
| 7 | | Corporation, on behalf of its former Peerless Pump Business |
| 8 | | |
| 9 | | |
| 10 | Date: August 30, 2024 | **HUSCH BLACKWELL LLP** |
| 11 | | |
| 12 | | */s/ Gilliam Stewart, Esq.* |
| 13 | | LISA L. OBERG, ESQ. |
| | | DANIEL B. HOYE, ESQ. |
| 14 | | GILLIAM STEWART, ESQ. |
| 15 | | Attorneys for Defendant, Metalclad Insulation LLC |
| 16 | | |
| 17 | | |
| 18 | Date: August 30, 2024 | **K&L GATES LLP** |
| 19 | | |
| 20 | | *Note: at the time of filing, we did not have Redo Corporation's authorization* |
| 21 | | |
| 22 | | DANIEL M. GLASSMAN, ESQ. |
| 23 | | PETER E. SOSKIN, ESQ. |
| | | Attorneys for Defendant, Redco |
| 24 | | Corporation f/k/a Crane Co. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

ATTEBURY: 3:23-cv-05014-SI; [PROPOSED] JOINT PRETRIAL SCHEDULE

# **ORDER**

The pretrial scheduling order is set pursuant to the dates indicated above as selected by this Court.

IT IS SO ORDERED.

Date: September 11, 2024

_____
HONORABLE SUSAN ILLSTON
Judge *of the* United States District Court
Northern District *of* California

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 423 Washington Street, Suite 510, San Francisco, California 94111.

On August 30, 2024, I served true copies of the following document(s) described as:

- **[PROPOSED] JOINT PRETRIAL SCHEDULE ORDER**

on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case, who are registered CM/ECF users, will be served by the CM/ECF system. Participants in the case, who are not registered CM/ECF users, will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true, and correct, and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on August 30, 2024, at West Covina, California.

Scott Nguyen

<u>Lutrecia Attebury, et al. v. Air & Liquid Systems Corporation, et al.</u>
USDC, California Northern District, Case No.: 3:23-cv-05014-SI
Alameda County Superior Court, Case No.: 23CV041058