UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVEL ATTEBURY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>    Defendants. | Case No. 23-cv-05014-SI  (SI)<br><br>**FIRST AMENDED PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 12/30/2024.

ADR:  Joint Report with ADR selection due:  1/31/2025.

DESIGNATION OF EXPERTS: 2/14/25; REBUTTAL: 3/7/2025;
    Parties **SHALL** conform to Rule 26(a)(2).

FURTHER STATUS CONFERENCE:  3/14/2025.

EXPERT DISCOVERY CUTOFF is:  3/31/2025.

DISPOSITIVE MOTIONS **SHALL** be filed by: 4/11/2025;
    Opp. Due:  4/25/2025; Reply Due: 5/2/2025;
    and set for hearing no later than 5/16/2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  5/13/2025
PRETRIAL CONFERENCE DATE:  5/27/2025 at 1:30 PM.
    Courtroom 1, 17th floor.

JURY SELECTION AND TRIAL DATE:  6/9/2025 at 9:00 AM.
    Courtroom 1, 17th floor.

TRIAL ESTIMATE:  2-3 WEEKS.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: January 13, 2025

_____
SUSAN ILLSTON
United States District Judge