UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTRECIA ATTEBURY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>    Defendants. | Case No. 23-cv-05014-SI<br><br>**ORDER REFERRING PARTIES TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

Pursuant to Local Rule 72-1 and as discussed at the March 14, 2025 case management conference, this matter is referred to Magistrate Judge Beeler for settlement. The remaining parties in this litigation are directed to participate in a settlement conference with Judge Beeler, who is currently available for such a conference on Thursday, May 22, 2025. The parties will be advised of the necessary details by notice from the assigned Magistrate Judge. The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge within thirty days.

**IT IS SO ORDERED**.

Dated: March 21, 2025

_____
SUSAN ILLSTON
United States District Judge