# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVEL ATTEBURY, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>Defendants. | Case No. 3:23-cv-05014-SI<br><br>**[PROPOSED] ORDER SETTING ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The Court having been informed that the parties have settled this matter, all previously scheduled deadlines and appearances are vacated.

On or before  May 2 , **2025**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without court order by stipulation signed by all parties who have appeared.

If a dismissal is not filed by the specified date, then the parties shall appear at the San Francisco Courthouse, located at 450 Golden Gate Avenue, in Courtroom 1, 17th Floor, San Francisco CA 94102 on  May 16 , **2025 at 3:00 p.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than  May 9 , **2025** advising as to: (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be vacated, and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Date:  April 7, 2025

_____
Honorable Susan Illston
United States District Judge