UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTRECIA ATTEBURY, et al., | Case No. 23-cv-05014-SI |
| Plaintiffs, | |
| v. | **ORDER SETTING HEARING TO SHOW CAUSE** |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | |
| Defendants. | |

On April 2, 2025, plaintiffs filed a notice with the Court reporting "that this matter has settled in all respects." Dkt. No. 198. The Court ordered the parties to file a stipulated dismissal by May 2, 2025. Dkt. No. 199. Dismissals were filed for some but not all the defendants in this action. At a hearing on May 16, 2025, the Court granted plaintiffs' counsel's request for sixty additional days to file dismissals for the remaining defendants. Dkt. No. 231. No further dismissals have been filed.

The remaining parties shall file stipulated dismissals by Friday, August 22, 2025, or appear on that date for a hearing to show cause as to why they have not yet done so.

**IT IS SO ORDERED**.

Dated: August 14, 2025

SUSAN ILLSTON
United States District Judge